<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6627**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

TIMOTHY ADAMS, a/k/a Smitt, a/k/a Rodney Clark,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. N. Carlton Tilley, Jr., Senior District Judge. (6:94-cr-00302-NCT-3)

Submitted: September 13, 2011     Decided: September 16, 2011

Before AGEE, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Adams, Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Adams appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his "independent action for fraud upon the court." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Adams, No. 6:94-cr-00302-NCT-3 (M.D.N.C. Mar. 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2